CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number:  (415) 398-2001

Attorneys for Plaintiff
TIFFANY MITCHELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MITCHELL,<br><br>           Plaintiff,<br><br>      v.<br><br>VROON B.V., EUKOR CAR CARRIERS INC.<br><br>           Defendants. | Case No. **C-04-04121-SC-ARB**<br><br>**STIPULATION TO SET NEW INITIAL SCHEDULING ORDER AND ORDER THEREON**<br><br>CMC Date: August 19, 2005<br>Time: 10:00 a. m.<br>Place: Courtroom 1 |

## RECITALS

This case involves an action of a longshoreman against shipowners and the charterers pursuant to 33 U.S.C. § 905 (b). Plaintiff was unable initially to ascertain the correct identity of the defendants and serve the defendants and ultimately, when the true and correct identity of the owners and charterers was determined, applied to the court for an extension and also for amendment of the complaint which was granted.

All parties have now been served. Defendant Eukor Car Carriers, Inc. has requested until July 1, 2005 to file an answer to the First Amended Complaint and Defendant Vroon B.V. has requested until July 12, 2005 to file an answer. Plaintiff has agreed. The dates for

BIRNBERG & ASSOCIATES
WOLRD TRADE CENTER
SUITE 261
SAN FRANCISCO
CA, 94111
TEL (415) 398-1040
FAX (415) 398-2001

completing initial disclosures and the meet and confer have past as set forth in the original court scheduling order. Upon application by Plaintiff, the court has assigned a new Case Management Conference Date of August 19, 2005 at 10:00 a.m. in the above captioned court and requested that the parties submit a stipulation as to the dates for the meet and confer and initial disclosures.

**WHEREFORE**, the parties have stipulated as follows

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the initial **Case Management Conference herein shall be scheduled for 9:00 AM on August 19, 2005,** Courtroom 1, 17th floor, in San Francisco at 10:00 A.M.

**.**IT IS FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that the **last day to meet and confer regarding initial disclosures, early settlement, and discovery plan shall be July 22, 2005.**

IT IS FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that the **last day to complete initial disclosures is August 5, 2005.**

IT IS FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that the **last day to state objection in the Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) report August 12, 2005.**

Dated:  June 27, 2005					BIRNBERG & ASSOCIATES

							By:    /s/ Cory A. Birnberg
							       Cory A. Birnberg
							       Attorneys for Plaintiff
							       TIFFANY MITCHELL

BIRNBERG & ASSOCIATES
WOLRD TRADE CENTER
SUITE 261
SAN FRANCISCO
CA, 94111
TEL (415) 398-1040
FAX (415) 398-2001

Stipulation to Set Initial Case Conference        -2-        Case No.: C-04-04121-SC-ARB

1  Dated: June 27, 2005           COX, WOOTTON, GRIFFIN,
2                                 HANSEN & POULOS, LLP

3
                                  By: ____/s/ Gregory W. Poulos_
4                                    Gregory W. Poulos
                                     Attorneys for Defendant
5                                    VROON B.V.

6

7  Dated: June 27, 2005           FLYNN, DELICH & WISE LLP
8

9                                 By: ___/s/ James Nebel_____
                                     James Nebel
10                                   Attorneys for Defendant
                                     EUKOR CAR CARRIERS. INC.
11

12                               **ORDER**

13    Based upon the foregoing Stipulation and good cause appeared therefor, IT IS SO

14 ORDERED,

15 DATED:  6/28/05                 _____/s/ Samuel Conti_____
16                                    HONORABLE JUDGE SAMUEL CONTI

17

18

19

20

21

22

23

24

25

26   BIRNBERG & ASSOCIATES
     WOLRD TRADE CENTER
27   SUITE 261
     SAN FRANCISCO
     CA, 94111
     TEL (415) 398-1040
     FAX (415) 398-2001
28

Stipulation to Set Initial Case Conference        -3-        Case No.: C-04-04121-SC-ARB