CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
TIFFANY MITCHELL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TIFFANY MITCHELL

Plaintiff,

v.

VROON B.V., EUKOR CAR CARRIERS INC.

Defendants.

Case No. **C-04-04121-SC-ARB**

STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING DEFENDANT EUKOR CAR CARRIERS INC. WITHOUT PREJUDICE

**CMC Date: August 18, 2005**
**Time: 10:00 a. m.**
**Place: Courtroom 1**

IT IS HEREBY STIPULATED by and between plaintiff, TIFFANY MITCHELL, and defendants EUKOR CAR CARRIERS INC. (hereafter "EUKOR") and VROON B.V., that:

1. Defendant EUKOR be dismissed from this action, without prejudice; and

2. If it is later determined through investigation or discovery that defendant EUKOR is subject to a legally cognizable cause of action for plaintiff's injuries, either by Plaintiff or by Defendant VROON B.V., it agrees to appear in the action at that time, without disputing personal jurisdiction or venue, and their local attorneys will accept service of an Amended Complaint on behalf of EUKOR, subject to all other available defenses.

3. In no event will the terms of this agreement extend past the date of 15 July

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

2007.

4. The terms of this agreement are not assignable and are not intended to benefit any person or entity other than plaintiff herein and defendant EUKOR.

IT IS SO STIPULATED.

Dated: 10 August 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP

By: ___/s/ Frederick J.Carr____________
Frederick J.Carr
Attorneys for Defendant
VROON B.V.

Dated: 10 August 2005

FLYNN, DELICH & WISE LLP

By: ___/s/ James B. Nebel____________
James B. Nebel
Attorneys for Defendant
EUKOR CAR CARRIERS, INC.

Dated: 10 August 2005

BIRNBERG & ASSOCIATES

By___/s/ Cory A. Birnberg____________
Cory A. Birnberg
Attorneys for Plaintiff:
Tiffany Mitchell

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ORDER**

Pursuant to Stipulation, it is hereby ordered that defendant EUKOR CAR CARRIERS. INC, be dismissed without prejudice from this action.

Dated: 8/16/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti

The Hon. Samuel C[...]
Unit[...] Judge

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Stipulation Dismissing Eukor -3- Case No.: C-04-04121-SC-ARB