1  CORY A. BIRNBERG (SBN 105468)
   703 Market Street Suite 600
2  San Francisco, California 94103
   Telephone Number: (415) 398-1040
3  Facsimile Number: (415) 398-2001
4
   Attorneys for Plaintiff
5  TIFFANY MITCHELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MITCHELL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VROON B.V., EUKOR CAR CARRIERS ) <br> INC. ) <br> ) <br> Defendants. ) <br> ) | Case No. **C-04-04121-SC-ARB** <br><br> **STIPULATION AND [Proposed] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** <br><br> CMC Date: August 18, 2005 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 |

Plaintiff TIFFANY MITCHELL and Defendant VROON B.V. hereby agree and stipulate as follows:

**WHEREFORE** the parties stipulated to set the initial case management conference for August 19, 2005;

**WHEREFORE** on August 3, 2005, the Court rescheduled the case management conference from August 19, 2005 to August 18, 2005;

**WHEREFORE** the parties have already submitted their joint case management conference statement;

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Stipulation to Reschedule Case Management Conference    -1-    Case No.: C-04-04121-SC-ARB

**WHEREFORE** Plaintiff has a scheduling conflict with August 18, 2005;

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the **Case Management Conference herein shall be rescheduled to 10:00 AM on September 30, 2005,** Courtroom 1, 17th floor, in San Francisco.

Dated: August 15, 2005                                   BIRNBERG & ASSOCIATES

                                        By: ____/s/ Cory A. Birnberg_
                                            Cory A. Birnberg
                                            Attorneys for Plaintiff
                                            TIFFANY MITCHELL

Dated: August 15, 2005                                   COX, WOOTTON, GRIFFIN,
                                                         HANSEN & POULOS, LLP

                                        By: ___/s/ Frederick J. Carr___
                                            Frederick J. Carr
                                            Attorneys for Defendant
                                            VROON B.V.

**ORDER**

Based upon the foregoing Stipulation and good cause appeared therefor, IT IS SO ORDERED,

DATED: 8/16/05

_____
HONORABLE JUDGE CONTI
UNITED STATES DISTRICT COURT

*[Signature and seal: Judge Samuel Conti, United States District Court, Northern District of California]*

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Stipulation to Reschedule Case Management Conference    -2-    Case No.: C-04-04121-SC-ARB