```
 1  JAMES B. NEBEL   (SBN 69626)
    FRANK J. ANDERS (SBN 227208)
 2  FLYNN, DELICH & WISE LLP
    One California Street, Suite 350
 3  San Francisco, CA 94111
    Telephone:  (415) 693-5566
 4  Facsimile:  (415) 693-0410
    Email:      jamesn@fdw-law.com
 5  Email:      franka@fdw-law.com

 6  Attorneys for Defendant and Cross-claimant
    EUKOR CAR CARRIERS, INC.
 7
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIFFANY MITCHELL, | ) Case No.: C 04 04121 SC ARB |
| Plaintiff, | ) **EUKOR CAR CARRIERS, INC.'S** |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER** |
| VROON, B.V.; EUKOR CAR CARRIERS, INC., | ) **TO DISMISS VROON, B.V. WITHOUT** ) **PREJUDICE** |
| Defendants. | ) |
| EUKOR CAR CARRIERS, INC., | ) |
| Cross-claimant, | ) |
| vs. | ) |
| VROON, B.V., | ) |
| Cross-defendant. | ) |

All parties to this action stipulate to and request that this Court dismiss without prejudice EUKOR CAR CARRIER INC.'s cross-claim against VROON, B.V.

//
//
//
//

---

EUKOR CAR CARRIERS, INC.'S STIPULATION AND [PROPOSED] ORDER TO DISMISS VROON, B.V. WITHOUT PREJUDICE -- CASE NO. C 04 04121 SC ARB

-1-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

```
Dated:  October 6, 2005        FLYNN, DELICH & WISE LLP


                               By:_____/s/_____
                                    James B. Nebel
                               Attorneys for Defendant
                               and Cross-claimant
                               EUKOR CAR CARRIERS, INC.


Dated:  October 6, 2005        COX, WOOTTON, GRIFFIN,
                               HANSEN & POULOS, LLP


                               By:_____/s/_____
                                    Frederick J. Carr
                               Attorneys for Defendant
                               and Cross-defendant
                               VROON, B.V.


Dated:  October 6, 2005        BIRNBERG & ASSOCIATES


                               By:_____/s/_____
                                    Corey A. Birnberg
                               Attorneys for Plaintiff
                               TIFFANY MITCHELL
```

**CERTIFICATE OF SIGNATURES(S)**

I attest that the content of the document is acceptable to all person's above, who were required to sign the document.

/s/ James B. Nebel

**ORDER**

Pursuant to Stipulation, this Court orders that Cross-claimant EUKOR CAR CARRIERS, INC.'s Cross-claim against Cross-defendant VROON, B.V. be dismissed without prejudice.

_____
The Hon. _____
United States _____ Judge

*IT IS SO ORDERED — Judge Samuel Conti — 10/19/05*

EUKOR CAR CARRIERS, INC.'S STIPULATION AND [PROPOSED] ORDER TO DISMISS VROON, B.V. WITHOUT PREJUDICE -- CASE NO. C 04 04121 SC ARB
-2-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566