| | |
|---|---|
| 1 | COX, WOOTTON, GRIFFIN, |
| | HANSEN & POULOS, LLP |
| 2 | Gregory W. Poulos (SBN 131428) |
| | Frederick J. Carr (SBN 154457) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |

Attorneys for Defendant
VROON B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIFFANY MITCHELL, | Case No.: 04-04121 SC ARB |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | (FRCP RULE 41) |
| VROON B.V., EUKOR CAR CARRIERS, INC., | ORDERK |
| Defendants. | |

**WHEREAS,** the parties to this action have agreed to a settlement of all claims;

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that this action be dismissed *with prejudice* pursuant to FRCP 41(a)(1) and that endorsement of this agreement may be made by counterpart signatures.

Dated: January 24, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendant, VROON B.V.

By _____
Frederick J. Carr

Dated: January 24, 2006

BIRNBERG AND ASSOCIATES
Attorneys for Plaintiff, TIFFANY MITCHELL

By _____
Cory A. Birnberg

IT IS SO ORDERED
Judge Samuel Conti
1/25/06

STIPULATION OF DISMISSAL                    -1-                    Case No. C 04-04121 SC ARB